**MANDATE**

FILED

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

2005 JUN -9 P 2: 15

U.S.

MAY 31 2005

Roseann B. MacKechnie
CLERK

Date:              5/31/05
Docket Number:     04-1723-cr
Short Title:       USA v. Cosme (Berroa-Nunez)
DC Docket Number:  01-cr-224 AWT
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 31st day of May, two thousand five.

USA v. Berroa-Nunez            04-1723-cr

A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal defendant-appellant, JUAN BERROA-NUNEZ, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

For the Court,
Roseann B. MacKechnie, Clerk

By: Michelle A. Roker
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED: 5/31/05