REINSTATEMENT ORDER

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED 5/27

Roseann B. MacKechnie
CLERK

Date: 5/31/05
Docket Number: 04-1723-cr
Short Title: USA v. Cosme
DC Docket Number: 01-cr-224
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 31st day of May, two thousand five.

USA

v.

Cosme (Berroa-Nunez)

The appeal having been dismissed on 5/31/05, for failure to comply with the scheduling order,

And further noting that Gerald Bodell has never been relieved as counsel in accordance with Local Rule 4(b),

It is Ordered that the appeal is reinstated by the Court sua sponte and that Gerald Bodell is relieved as counsel for the defendant appellant.

It is further Ordered that new counsel be appointed pursuant to the Criminal Justice Act.

For the Court,
Roseann B. MacKechnie, Clerk
By: _____
Case Manager, USCA

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 5/31/05