# 04-1723-cr

## UNITED STATES
## COURT OF APPEALS
### FOR THE SECOND CIRCUIT

**UNITED STATES OF AMERICA,**

*Appellee,*

v.

**JUAN BERROA-NUNEZ,**
**a/k/a EMELIANO BALDOMAR,**

*Defendant/Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

**Case No. 3:01-cr-224**

## INDEX TO RECORD

| **DATE** | **COURT DOCUMENT #** | **DOCUMENT NAME** |
| --- | --- | --- |
| 09/19/01 | 1 | Sealed Indictment |
| 07/16/02 | 6 | Superseding Indictment |
| 02/05/03 | 38 | Arraignment/Initial Presentment |
| 02/05/03 | 40 | Motion for Pre-Trial Detention |
| 02/05/03 | 41 | Scheduling Order |
| 02/05/03 | 43 | Order of Detention |
| 02/26/03 | 50 | Status Conference |
| 03/13/03 | 52 | Scheduling Order |
| 03/12/03 | 53 | Endorsement Order |
| 08/05/03 | 71 | Status Conference |
| 08/06/03 | 72 | Modified Scheduling Order |
| 08/06/03 | 73 | Order |
| 10/29/03 | 80 | Order of Referral to Magistrate Judge |
| 10/31/03 | 82 | Consent Form |
| 10/31/03 | 83 | Minute Entry |
| 10/31/03 | 84 | Plea Agreement |
| 10/31/03 | 85 | Findings and Recommendations |
| 12/11/03 | 94 | Motion to Incur Expenses |
| 12/16/03 | 95 | Endorsement Order |
| 12/24/03 | 96 | Order Accepting Magistrate's Finding |
| 12/29/03 | 99 | Objection to Presentence Report |
| 01/21/04 | 102 | Motion for Extension of Time |

| Date | No. | Description |
|---|---|---|
| 02/02/04 | 104 | Endorsement Order |
| 03/19/04 | 114 | Sentencing Memorandum |
| 03/22/04 | 115 | Minute Entry for Sentencing |
| 03/22/04 | 116 | Witness List |
| 03/22/04 | 117 | Exhibit List |
| 03/23/04 | 118 | Judgment |
| 03/30/04 | 121 | Notice of Appeal |
| 08/02/04 | 125 | Transcript of Sentencing |
| 08/02/04 | 126 | Transcript of Sentencing |
| 08/09/04 | 128 | Mandate of USCA |
| 08/09/04 | 129 | Reinstatement Order |
| 06/09/05 | 130 | Mandate of USCA |
| 06/09/05 | 131 | Reinstatement Order |
| 06/13/05 | 132 | Scheduling Order #3 |