# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NUMBER 3:01 CR 224 (AWT) |
| vs. | : |
| JUAN BERROA-NUNEZ<br>aka EMELIANO BALDOMAR | : APRIL 16, 2007 |

## MOTION FOR EXTENSION OF TIME
## RE: RESENTENCING

  The defendant, Juan Berroa-Nunez, hereby moves this Honorable Court for a 30 day extension to May 21, 2007 in which to either 1) notify the court in writing that he will not seek resentencing or 2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence. In support of this motion the defendant asserts the following:

  1. The defendant's counsel is currently on trial in a murder case in New Britain Superior Court before the Honorable Frank D'Addabbo. Defense counsel has been on trial since March 5, 2007. Closing arguments are scheduled for Tuesday, April 17, 2007.

  2. The defendant is currently incarcerated at CI-McRae, located in McRae, Georgia. He does not speak any English and requires the services of a Spanish interpreter. Counsel must arrange a telephonic conference call with the defendant and an interpreter to fully discuss this matter. Due to counsel's trial schedule he has been unable to perform this task to date.

  3. The government has been contacted and has no objection to this motion.

  WHEREFORE, the defendant moves that this motion for extension of time be granted.

Respectfully submitted,
The Defendant

By:_____
   William H. Paetzold
   Moriarty, Paetzold & Babcock
   2230 Main Street
   Glastonbury, CT  06033
   Tel No: (860)657-1010
   Federal Bar No.: ct10074

## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing motion was mailed to the following counsel of record on this 16th day of April, 2007:

H. Gordon Hall, Esq.
Asst. U.S. Attorney
157 Church Street
PO Box 1824
New Haven, CT 06510

Otto Rothi
US Probation Officer
450 Main Street
Hartford, CT  06103

_____
William H. Paetzold