**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             :   CRIM. NO. 3:01CR00224(AWT)
                               :
JUAN BERROA-NUNEZ              :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

   Defendant Juan Berroa-Nunez's Motion for Extension of Time Re: Resentencing (Doc. No. 185) is hereby GRANTED, absent objection, to and including May 21, 2007.  By no later than May 21, 2007, the defendant shall (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005).

   It is so ordered.

   Dated this 20th day of April 2007 at Hartford, Connecticut.


                                          /s/AWT
                                     Alvin W. Thompson
                               United States District Judge