# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NUMBER 3:01 CR 224 (AWT) |
| vs. | : |
| JUAN BERROA-NUNEZ<br>aka EMELIANO BALDOMAR | : MAY 16, 2007 |

## MOTION FOR EXTENSION OF TIME
## RE: RESENTENCING

      The defendant, Juan Berroa-Nunez, hereby moves this Honorable Court for a 30 day extension to June 21, 2007 in which to either 1) notify the court in writing that he will not seek resentencing or 2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence. In support of this motion the defendant asserts the following:

    1. The defendant is currently incarcerated at Correctional Institution McRae located in McRae, Georgia. He does not speak any English and requires he services of a Spanish interpreter.

    2. Counsel for the defendant has attempted several telephone contacts with a counselor at C.I. McRae to coordinate and schedule a telephone conference with the defendant and a Spanish interpreter so that this matter can be fully discussed, but all such efforts have been unsuccessful to date.

    3. Counsel is seeking additional time to make such arrangements to discuss the matter with his client.

    4. The government has been contacted and does not object to this request.

    5. This is the defendant's second request for extension.

    WHEREFORE, the defendant moves that this motion for extension of time be granted.

                                              Respectfully submitted,
                                              The Defendant

                                              By:_____
                                                 William H. Paetzold
                                                 Moriarty & Paetzold, LLC
                                                 2230 Main Street
                                                 Glastonbury, CT  06033
                                                 Tel No: (860)657-1010
                                                 Federal Bar No.: ct10074

## **CERTIFICATION**

     THIS IS TO CERTIFY that a copy of the foregoing motion was mailed to the following counsel of record on this 16th day of May, 2007:

H. Gordon Hall, Esq.
Asst. U.S. Attorney
157 Church Street
PO Box 1824
New Haven, CT 06510

Otto Rothi
US Probation Officer
450 Main Street
Hartford, CT  06103

                                              _____
                                              William H. Paetzold