**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
                               :
v.                             :    Crim. No. 3:01CR00224(AWT)
                               :
JUAN BERROA-NUNEZ, a/k/a       :
EMELIANO BALDOMAR              :
                               :
-------------------------------x
```

**CORRECTION TO JUDGMENT**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on March 23, 2004 be corrected by replacing the sentence "The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of 130 months, to be served concurrently with the state sentence imposed on April 20, 2001 by the New York County Supreme Court, with credit for time served" with:

> The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of 93 months, with credit for time served.

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court on March 23, 2004 in all other respects remains the same.  A copy of the original judgment is attached hereto.

It is so ordered.

Dated this 17th day of March 2008, at Hartford, Connecticut.

                                                  /s/AWT
                                        Alvin W. Thompson
                                United States District Judge